Argued and submitted September 15, affirmed October 20, 1982

In the Matter of
Joey Alan Jennings, a child.

## STATE ex rel CHILDREN'S SERVICES DIVISION,
*Respondent,*
*v.*
## JENNINGS,
*Appellant.*

(No. 79-063, CA A23299)

652 P2d 381

John Halpern, Jr., Eugene, argued the cause and filed the brief for appellant.

Daryl Dodson Wilson, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief was Dave Frohnmayer, Attorney General, Stanton F. Long, Deputy Attorney General, and William F. Gary, Solicitor General, Salem.

Before Gillette, Presiding Judge, and Warden and Young, Judges.

PER CURIAM

## PER CURIAM

Father appeals from an order terminating his parental rights to his child under ORS 419.523(2) and (3). On the basis of our *de novo* review of the record, we are convinced by clear and convincing evidence that the father failed without cause to provide for the needs of his child for the one year period preceeding the filing of the termination petition, ORS 419.523(3). *See State ex rel Juv. Dept. v. Farrell,* 58 Or App 258, 648 P2d 401, *rev den* 293 Or 521 (1982).

Affirmed.